| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | PAMELA S. HOLLIS |
| Figliulo & Silverman | Chapter   7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 644 |
| Chicago, IL  60603 | Hearing Date: | 06/03/2014 |
| (312) 251-5287 | Hearing Time: | 10:30am |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 05/27/2017 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FAIT, MARY JANE        §   Case No. 12-14330
                              §
                              §
Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Michael K. Desmond, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/03/2014 in Courtroom 642, United States Courthouse,
219 S. Dearborn
Chicago, Il  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    05/13/2014         By:  /s/ Michael K. Desmond
                                          Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | PAMELA S. HOLLIS |
| Figliulo & Silverman | Chapter 7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 644 |
| Chicago, IL  60603 | Hearing Date: | 06/03/2014 |
| (312) 251-5287 | Hearing Time: | 10:30am |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 05/27/2017 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: FAIT, MARY JANE   §   Case No. 12-14330
§
§
Debtor(s)   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 317,561.86 |
| *and approved disbursements of* | $ 224,864.99 |
| *leaving a balance on hand of* [1] | $ 92,696.87 |
| **Balance on hand:** | $ 92,696.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 92,696.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond, Ch. 7 Trustee | 19,122.46 | 0.00 | 19,122.46 |
| Attorney for Trustee, Fees - Figliulo & Silverman, P.C. | 25,062.50 | 0.00 | 25,000.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 44,122.46 |
| Remaining balance: | $ 48,574.41 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 48,574.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $224,752.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-3 | Internal Revenue Service | 201,799.39 | 201,799.39 | 0.00 |
| 7 | Illinois Department of Revenue | 2,558.00 | 2,558.00 | 0.00 |
| 11 | Illinois Department of Revenue | 6,841.00 | 6,841.00 | 0.00 |
| 12 -2 | New York State Dept of Taxation and Finance | 13,554.00 | 13,554.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 48,574.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 360,480.29 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-3 | Internal Revenue Service | 9,052.54 | 0.00 | 1,219.82 |
| 2 | Nelnet | 95,706.07 | 0.00 | 12,896.31 |
| 3 | FIA CARD SERVICES, N.A. | 45,828.93 | 0.00 | 6,175.41 |
| 4 | Barneys New York | 3,592.67 | 0.00 | 484.11 |
| 5 | American Express Centurion Bank | 13,797.95 | 0.00 | 1,859.26 |
| 6 | American Express Centurion Bank | 3,689.13 | 0.00 | 497.11 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 -2 | Internal Revenue Service | 188,813.00 | 0.00 | 25,442.39 |

Total to be paid for timely general unsecured claims: $ 48,574.41
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Michael K. Desmond
Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                           Case No. 12-14330-PSH
Mary Jane Fait                                                   Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox                  Page 1 of 2           Date Rcvd: May 14, 2014
                              Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
db           #+Mary Jane Fait,    1228 Emerson,    Unit 606,    Evanston, IL 60201-3838
18818219      +America's Servicing Company,     c/o McCALLA RAYMER, LLC,    Bankruptcy Department,
                1544 Old Alabama Road,    Roswell, GA 30076-2102
18749611      +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19037794       American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18749612      +Americas Servicing Co,    Attention: Bankruptcy,    Po Box 10328,    Des Moines, IA 50306-0328
18749613     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
18997485      +Barneys New York,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374-0933
18749614      +Barneys Ny Cred Co,    1201 Valley Brook Ave,    Lyndhurst, NJ 07071-3509
18749615     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
18749616      +Dr. Mark Jacob, DDS,    1893 Sheridan Rd.,    Highland Park, IL 60035-2646
19995938       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18749617      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
18749618      +First Properties, LLC,    760 North Ogden Ave.,    Suite 2200,    Chicago, IL 60642-8232
19883734     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,     PO Box 19043,
                Springfield, IL 62794-9043)
19912918       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
20587809       Illinois Department of Revenue,    Bankrutpcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
20587807       NYS Assessment Receivables,    P.O. Box 4127,    Binghamton, NY 13902-4127
19883735       New York State Dept,    of Taxation and Finance,    PO Box 4127,    Binghamton, NY 13902-4127
20928847       New York State Dept of Taxation and Finance,     BK Section,    PO Box 5300,    Albany, NY 12205-0300
18749621       R. Bologna,    5100 River Road,    4th Floor,    Schiller Park, IL 60176-1058
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20587808       E-mail/Text: cio.bncmail@irs.gov May 15 2014 00:48:01     Internal Revenue Service,
                Department of Treasury,    P.O. Box 7346,    Philedelphia, PA 19101-7346
18749619       E-mail/Text: cio.bncmail@irs.gov May 15 2014 00:48:01     Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
18873301       E-mail/Text: electronicbkydocs@nelnet.net May 15 2014 00:48:45     Nelnet,
                3015 South Parker Road Suite 400,    Aurora CO 80014-2904
18749620      +E-mail/Text: electronicbkydocs@nelnet.net May 15 2014 00:48:45     Nelnet Lns,
                Attention: Nelnet Claims,    Po Box 17460,    Denver, CO 80217-0460
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Figliulo & Silverman PC
19272745*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18900787*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,     Bank of America NA (USA),
                MBNA America Bank NA,    PO Box 15102,    Wilmington, DE 19886-5102)
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: acox              Page 2 of 2             Date Rcvd: May 14, 2014
                              Form ID: pdf006         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2014 at the address(es) listed below:
              Erica Crohn Minchella    on behalf of Debtor Mary Jane  Fait erica.minchella@gmail.com
              Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
              Michael K Desmond    on behalf of Trustee Michael K Desmond mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shelly A. DeRousse    on behalf of Debtor Mary Jane  Fait sderousse@freeborn.com,
               bkdocketing@freeborn.com
              Toni  Dillon    on behalf of Creditor    Wells Fargo Bank, N.A./HSBC Bank USA, National Association
               as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-A3
               tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
              William  Cross    on behalf of Trustee Michael K Desmond wcross@fslegal.com
                                                                                             TOTAL: 7
```