Michael K. Desmond
Figliulo & Silverman
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FAIT, MARY JANE     §   Case No. 12-14330
                                      §
                                      §
Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Michael K. Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $848,513.00 *(without deducting any secured claims)* | Assets Exempt: $173,900.00 |
| Total Distribution to Claimants: $273,326.80 | Claims Discharged Without Payment: $311,905.88 |
| Total Expenses of Administration: $44,235.06 | |

    3)  Total gross receipts of $ 317,561.86  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $317,561.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,297.56 | 44,297.56 | 44,235.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 242,743.54 | 224,752.39 | 224,752.39 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 406,309.22 | 360,480.29 | 48,574.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $693,350.32 | $629,530.24 | $317,561.86 |

4) This case was originally filed under Chapter 7 on April 09, 2012. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2014         By: /s/Michael K. Desmond
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| North Shore Community Bank Checking | 1229-000 | 6,247.51 |
| North Shore Community Bank Harbor Savings | 1229-000 | 50,365.73 |
| John Hancock Life Insurance | 1229-000 | 192,686.62 |
| Partnership Capital Account | 1229-000 | 68,262.00 |
| **TOTAL GROSS RECEIPTS** | | **$317,561.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond, Ch. 7 Trustee | 2100-000 | N/A | 19,122.46 | 19,122.46 | 19,122.46 |
| Figliulo & Silverman, P.C. | 3110-000 | N/A | 25,062.50 | 25,062.50 | 25,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-002 | N/A | 112.60 | 112.60 | 112.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$44,297.56** | **$44,297.56** | **$44,235.06** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-3 | Internal Revenue Service | 5800-000 | N/A | 201,799.39 | 201,799.39 | 201,799.39 |
| 7 | Illinois Department of Revenue | 5800-000 | N/A | 2,558.00 | 2,558.00 | 2,558.00 |
| 9 | New York State Dept | 5800-000 | N/A | 17,991.15 | 0.00 | 0.00 |
| 11 | Illinois Department of Revenue | 5800-000 | N/A | 6,841.00 | 6,841.00 | 6,841.00 |
| 12 -2 | New York State Dept of Taxation and Finance | 5800-000 | N/A | 13,554.00 | 13,554.00 | 13,554.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $242,743.54 | $224,752.39 | $224,752.39 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-3 | Internal Revenue Service | 7100-000 | N/A | 9,052.54 | 9,052.54 | 1,219.82 |
| 2 | Nelnet | 7100-000 | N/A | 95,706.07 | 95,706.07 | 12,896.31 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 45,828.93 | 45,828.93 | 6,175.41 |
| 4 | Barneys New York | 7100-000 | N/A | 3,592.67 | 3,592.67 | 484.11 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 13,797.95 | 13,797.95 | 1,859.26 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 3,689.13 | 3,689.13 | 497.11 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 45,828.93 | 0.00 | 0.00 |
| 10 -2 | Internal Revenue Service | 7100-000 | N/A | 188,813.00 | 188,813.00 | 25,442.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $406,309.22 | $360,480.29 | $48,574.41 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 12-14330 | | **Trustee:** | (330623) | Michael K. Desmond |
|---|---|---|---|---|---|
| **Case Name:** | FAIT, MARY JANE | | **Filed (f) or Converted (c):** | 11/13/12 (c) | |
| | | | **§341(a) Meeting Date:** | 12/13/12 | |
| **Period Ending:** | 07/14/14 | | **Claims Bar Date:** | 04/09/13 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 110 Crescent Dr., Glencoe IL 60022  Imported from original petition Doc# 1 | 625,000.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Checking  Imported from Amended Doc#: 25 | 22,000.00 | 22,000.00 | | 0.00 | FA |
| 3 | North Shore Community Bank  Imported from Amended Doc#: 25 | 248.00 | 248.00 | | 0.00 | FA |
| 4 | Harris Savings  Imported from Amended Doc#: 25 | 40.00 | 40.00 | | 0.00 | FA |
| 5 | North Shore Community Bank Checking  (u)  Imported from Amended Doc#: 70  (See Footnote) | 10,247.51 | 6,247.51 | | 6,247.51 | FA |
| 6 | North Shore Community Bank Harbor Savings  (u)  Imported from Amended Doc#: 70 | 50,365.73 | 50,365.73 | | 50,365.73 | FA |
| 7 | John Hancock Life Insurance  (u)  Imported from Amended Doc#: 70Trustee Objected to Claimed exemtion on Life Insurance policy. | 192,686.62 | 192,686.62 | | 192,686.62 | FA |
| 8 | Security deposit for rental property  Imported from Amended Doc#: 70 | 4,725.00 | 4,725.00 | | 0.00 | FA |
| 9 | Furniture  Imported from Amended Doc#: 70 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 10 | Clothing  Imported from Amended Doc#: 70 | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | VOID  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Fur Coat, Earrings, Engagement Ring, Wedding Rin  Imported from Amended Doc#: 70 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 13 | 401k  Imported from Amended Doc#: 70 | 166,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2007 Volvo S60: 50000 miles  Imported from Amended Doc#: 70 | 7,000.00 | 4,600.00 | | 0.00 | FA |
| 15 | Partnership Capital Account  (u) | 50,000.00 | 50,000.00 | | 68,262.00 | FA |
| **15** | **Assets** **Totals** (Excluding unknown values) | **$1,151,812.86** | **$352,912.86** | | **$317,561.86** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-14330  
**Case Name:** FAIT, MARY JANE  
**Period Ending:** 07/14/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 11/13/12 (c)  
**§341(a) Meeting Date:** 12/13/12  
**Claims Bar Date:** 04/09/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 5    On or about November 12, 2012, the Trustee and the Debtor reached an agreement whereby the Debtor was permitted to receive at that time her $4,000 personal property exemption in the funds in this North Shore Community Bank accout and the remaining balance of the funds, $6,247.51, was turned over to the Trustee.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2014          **Current Projected Date Of Final Report (TFR):**    March 31, 2014

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-14330  
**Case Name:** FAIT, MARY JANE  
**Taxpayer ID #:** **-***0830  
**Period Ending:** 07/14/14  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/13 | {15} | Wolf Haldenstein Freemen & Herz LLP | Settlement of P-ship Interest in law firm per order dated 8/20/2013. | 1229-000 | 68,262.00 | | 68,262.00 |
| 09/18/13 | {7} | Mary Jane Fait | Settlement Proceeds Life Insurance per Order dated 8/20/2013. | 1229-000 | 192,686.62 | | 260,948.62 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 112.60 | 260,836.02 |
| 10/15/13 | {5} | North Shore Community Bank | Proceeds from Bank Account | 1229-000 | 6,247.51 | | 267,083.53 |
| 10/15/13 | {6} | North Shore Community Bank | Proceeds from Bank Account | 1229-000 | 50,365.73 | | 317,449.26 |
| 11/01/13 | 101 | Internal Revenue Service | Distribution on Priority Claim 1P-3 | 5800-000 | | 201,799.39 | 115,649.87 |
| 11/01/13 | 102 | Illinois Department of Revenue | Distribution on Priority Claim No. 7 | 5800-000 | | 2,558.00 | 113,091.87 |
| 11/01/13 | 103 | Illinois Department of Revenue | Distribution on Priority Claim No. 11 | 5800-000 | | 6,841.00 | 106,250.87 |
| 11/01/13 | 104 | New York State Dept of Taxation and Finance | Distribution on Priority Claim No. 12-2 | 5800-000 | | 13,554.00 | 92,696.87 |
| 06/05/14 | 105 | Internal Revenue Service | Distribution on Claim No. 1U-3 | 7100-000 | | 1,219.82 | 91,477.05 |
| 06/05/14 | 106 | Nelnet | Distribution on Claim No. 2 | 7100-000 | | 12,896.31 | 78,580.74 |
| 06/05/14 | 107 | FIA CARD SERVICES, N.A. | Distribution on Claim No. 3 | 7100-000 | | 6,175.41 | 72,405.33 |
| 06/05/14 | 108 | Barneys New York | Final Distribution on Claim No. 4 | 7100-000 | | 484.11 | 71,921.22 |
| 06/05/14 | 109 | American Express Centurion Bank | Final Distribution on Claim No. 5 | 7100-000 | | 1,859.26 | 70,061.96 |
| 06/05/14 | 110 | American Express Centurion Bank | Final Distribution on Claim No. 6 | 7100-000 | | 497.11 | 69,564.85 |
| 06/05/14 | 111 | Internal Revenue Service | Distribution on Claim No. 10-2. Funds are to be applied to principal balance for tax year ended 12/31/2012 | 7100-000 | | 25,442.39 | 44,122.46 |
| 06/05/14 | 112 | Figliulo & Silverman, P.C. | Attorney's fees allowed per Court Order dated 6-03-2014 | 3110-000 | | 25,000.00 | 19,122.46 |
| 06/05/14 | 113 | Figliulo & Silverman, P.C. | Trustee Fees per order dated 6-3-2014 | 2100-000 | | 19,122.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 317,561.86 | 317,561.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 317,561.86 | 317,561.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$317,561.86** | **$317,561.86** | |

{} Asset reference(s)

Printed: 07/14/2014 11:38 AM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-14330 | | **Trustee:** | Michael K. Desmond (330623) |
| **Case Name:** | FAIT, MARY JANE | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7266 - Checking Account |
| **Taxpayer ID #:** | **-***0830 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 07/14/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******7266** | | 317,561.86 | 317,561.86 | 0.00 |
| | | $317,561.86 | $317,561.86 | $0.00 |

{} Asset reference(s)                                                                  Printed: 07/14/2014 11:38 AM    V.13.15